U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
5:30 P.M
JUNE 28 2005
M Davis
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

GREGERICK LAMAR GAY,

    Plaintiff,

vs.

CIVIL ACTION NO. CV505-022

RICHARD HODGE, JUDGE

    Defendant.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED**, pursuant to 28 U.S.C.A. §§ 1915 (e)(2)(B)(ii) and 1915A(b). The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 28th day of June, 2005.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)

# United States District Court
## *Southern District of Georgia*

Gregerick Lamar Gay
)

vs ) CASE NUMBER CV505-022

Richard Hodge, Judge ) DIVISION WAYCROSS

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 6/28/05, which is part of the official record of this case.

Date of Mailing: 6/29/05

Date of Certificate [X] same date, or _____

Scott L. Poff, Clerk

By: /s/ Kailii Stephe
Deputy Clerk

Name and Address

Gregerick Lamar Gay, GDC0883879, Valdosta State Prison, P.O. Box 310, Valdosta, GA 31603

[ ] Copy placed in Minutes
[X] Copy given to Judge
[ ] Copy given to Magistrate